## **LIMITS OF PUNISHMENT**

Title 18 Section 1382, United States Code. Entering military, naval or Coast Guard property

Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or lawful regulation; or

Whoever reenters or is found within any such reservation, post, fort, arsenal, yard, station, or installation, after having been removed there from or ordered not to reenter by any officer or person in command or charge thereof—

Shall be fined not more than $500 under this title or imprisoned not more than six months, or both.