| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:13 - 11:14 |

√ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06po039-W   **DEFENDANT NAME:** Kevin Walker
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:**

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender.** Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ **Not Guilty**
☐ **Guilty as to:**
☐ **Count(s):**
☐ **Count(s):**   ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count**
☐ **MISDEMEANOR CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel

**Government's ORAL MOTION to continue to May 16, 2006 Misdemeanor Arraignment docket.**
**ORAL ORDER *GRANTING* Government's Oral Motion to Continue.**